UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ECKSTROM,<br><br>    Plaintiff,<br><br>    v.<br><br>BICK, et al.,<br><br>    Defendants. | No. 2:23-cv-1488 TLN AC P<br><br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file objections to this Court's Findings and Recommendations (ECF No. 12). Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 13) is granted; and

2. Plaintiff is granted twenty days after being served with this order, to file written objections.

DATED: September 16, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE