UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ECKSTROM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH BICK, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-01488-TLN-AC<br><br>**ORDER** |

Pursuant to the Court's December 16, 2024 Order (ECF No. 18), Plaintiff Carl Eckstrom ("Plaintiff") was ordered to pay, within 21 days, the appropriate filing fee, and was cautioned that failure to do so would result in this action being dismissed. That time period has now expired, and Plaintiff has not paid the Court's filing fee or otherwise responded to the Court's order.

In accordance with the above, IT IS HEREBY ORDERED that this action is DISMISSED without prejudice and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Date: January 24, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

1